```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

                       Plaintiff,

-against-

NEW YORK PARKING 51ST STREET CORP., a New York corporation, d/b/a CHAMPION PARKING, and 251 EAST 51ST STREET CORP., a New York corporation,

                       Defendants.

24 Civ. 2558 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has been advised that the Mediation Office's docket entry indicating a settlement had been reached was erroneously filed.

      Accordingly, the Court's dismissal order at ECF No. 25 is VACATED. All pending motions, deadlines, and conferences shall be reinstated. The Clerk of Court is directed to reopen the case.

      SO ORDERED.

Dated: August 22, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge